**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  In the Interest of A.T.N.J., A.J., and T.L.J., Jr., Children

Appellate case number:  01-15-00844-CV

Trial court case number:  2013-33236

Trial court:  311th District Court of Harris County

On November 24, 2015, the Clerk of this Court forwarded the *pro se* affidavit of indigence for appellate costs filed by appellant, T.L.J., Sr., to the trial clerk requesting an indigent clerk's record be filed in this Court by December 23, 2015. *See* TEX. R. APP. P. 20.1(c)(1). Also on November 24, 2015, the Clerk of this Court notified appellant's counsel that the notice of appeal, filed on September 14, 2015, in the trial court of the order, signed on March 27, 2015, in the underlying suit affecting and establishing the parent-child relationship may not have been timely filed. *See id.* 26.1(a)(1); 26.3(b). The Clerk requested a written response within 10 days of the date of that jurisdictional notice, showing how this Court has jurisdiction over this appeal, or else this case may be dismissed without further notice. *See id.* 42.3(a).

However, on December 2, 2015, appellant's counsel filed an eleven-page document entitled, "Appellant's Brief," attaching an appendix, which did not respond to the jurisdictional notice. Instead, appellant's brief is a prematurely-filed brief because it did not contain any references or citations to the clerk's/indigent clerk's record, which have yet to be filed, and the court reporters noted that no reporter's record was taken. *See* TEX. R. APP. P. 38.1(i), 38.6(a)(1). Thus, the Court sua sponte **STRIKES** appellant's brief because it does not comply with Rule 38.1. *See id.* 38.1, 38.9(a).

Accordingly, appellant is **ORDERED** to file a response to the jurisdictional notice **within 10 days of the date of this Order** or this Court may dismiss the appeal without further notice. *See* TEX. R. APP. P. 42.3(a), (c). Once the indigent clerk's record is filed, the Clerk of this Court will notify appellant of when his appellate brief will be due, generally within 30 days after the filing of the clerk's record, if any, and containing

all necessary references to the clerk's record and conforming with Rule 38.1.  *See* TEX.
R. APP. P. 38.1(a)-(k), 38.6(a)(1).


It is so ORDERED.


Judge's signature:    /s/ Laura Carter Higley
                            ☒  Acting individually     ☐  Acting for the Court

Date:  December 10, 2015